No. 764. TIDAL OIL COMPANY ET AL. *v.* J. P. FLANAGAN. Error to the Supreme Court of the State of Oklahoma. March 12, 1923. Petition for a writ of certiorari herein denied. *Mr. Preston C. West, Mr. A. A. Davidson, Mr. Wallace C. Franklin* and *Mr. Arthur J. Biddison,* for plaintiffs in error, in support of the petition. *Mr. Edward H. Chandler* and *Mr. William O. Beall,* for defendant in error, in opposition to the petition.

No. 829. GEORGE H. SEVER *v.* DIRECTOR GENERAL OF RAILROADS. March 12, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. John E. Benton* for petitioner. *Mr. Edwin W. Lawrence* for respondent.

No. 837. HENRY M. GOLDFOGLE, PRESIDENT, ET AL. *v.* HANOVER NATIONAL BANK OF THE CITY OF NEW YORK. March 12, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. William H. King, Mr. George P. Nicholson, Mr. Frank B. Kellogg, Mr. Eugene Fay* and *Mr. Charles L. Pierce* for petitioners. *Mr. E. F. Colladay, Mr. Martin Saxe, Mr. Percy S. Dudley, Mr. Frank M. Patterson* and *Mr. Merton E. Lewis* for respondent.

No. 842. NORFOLK SOUTHERN RAILROAD COMPANY *v.* THOMAS V. GORDON. March 12, 1923. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. Robert N. Simms* and *Mr. C. M. Bain* for petitioner. *Mr. William C. Douglass* and *Mr. Clyde A. Douglass* for respondent.